### No. 12,999.

## WOOLS *v.* THE FIRST NATIONAL BANK OF JEFFER-SONVILLE.

From the Clark Circuit Court.

*J. G. Howard, J. F. Read, M. Z. Stannard* and *A. Dowling,* for appellant.
*J. K. Marsh* and *Brown, Humphrey & Davis,* for appellee.

MITCHELL, C. J.—This case is in all material respects like that of *Mc-Cann* v. *First Nat'l Bank of Jeffersonville, ante,* p. 354. Upon the authority of that case the judgment of the Clark Circuit Court is affirmed, with costs.

Filed Dec. 1, 1887.

### No. 12,815.

## THE STATE, EX REL. COHEN ET AL., *v.* BROWN ET AL.

From the Daviess Circuit Court.

*W. R. Gardiner, S. H. Taylor, N. Morris* and *L. Newberger,* for appellants,.
*J. Baker,* for appellees.

MITCHELL, C. J.—This was a suit by the State, on the relation of Cohen and others, against Brown, and the sureties on his official bond, as trustee of Washington township, in Daviess county.

The facts averred in the complaint are in no wise different from those involved in *State, ex rel. Cohen,*v. *Hawes, ante,* p. 323. On the authority of that case, and for the reasons therein given, the judgment is affirmed, with costs.

Filed Dec. 10, 1887.

### No. 13,024.

## WISMAN ET AL. *v.* McGEE, TREASURER, ET AL.

From the Tipton Circuit Court.

*M. Bell* and *W. C. Purdum,* for appellants.
*R. B. Beauchamp, G. H. Gifford* and *C. W. Swaim,* for appellees.

HOWK, J.—The questions presented for decision by the record of this. cause and appellants' assignment of error thereon are substantially the same as those which were considered and decided by this court in *Trimble* v. *McGee, ante,* p. 307. This cause is decided, therefore, in the same. way and for the same reasons as the case cited was decided.

The demurrer to the complaint herein was correctly sustained.

The judgment is affirmed, with costs.

Filed Nov. 30, 1887.